# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MARLON D. COLLINS,

          Plaintiff,

vs.

BRIAN D. WILLIAMS, et al.,

          Defendants.

Case No. 2:10-cv-01967-MMD-PAL

**ORDER**

(Mtn for Copies - Dkt. #49)

      This matter is before the court on Plaintiff Marlon D. Collins' Motion to Receive Free Copies (Dkt. #49) filed July 9, 2012. The court has considered the Motion. The Motion is supported by a financial certificated dated April 26, 2012, which shows Plaintiff has an account balance of $47.30 in his inmate trust account.

      The statute providing authority to proceed in forma pauperis, 28 U.S.C. § 1915, does not include the right to obtain court documents without payment. *Id.* "The granting of an application to proceed in forma pauperis does not waive the applicant's responsibility to pay expenses of litigation which not covered by 28 U.S.C. § 1915." LSR 1-8. Although the Ninth Circuit has not spoken on the issue, courts in other jurisdictions have not permitted plaintiffs proceeding in forma pauperis to receive free copies of documents from the court without the plaintiff demonstrating a specific showing of need. *See, e.g., Collins v. Goord,* 438 F.Supp. 2d 399 (S.D.N.Y. 2006); *Guinn v. Hoecker,* 43 F.3d 1483 (10th Cir. 1994) (no right to free copy of any document in record unless plaintiff demonstrates specific need); *In re Richard*, 914 F.2d 1526 (6th Cir. 1990) (28 U.S.C. § 1915 does not give litigant right to have documents copied at government expense); *Douglas v. Green*, 327 F.2d 661, 662 (6th Cir. 1964) (no free copy of court orders).

Here, Plaintiff has not specified any particular document he needs or the reason he needs them. He simply states he would like "free copies of forms and documents which pertain to and are essential in the preparation" of his case. Plaintiff is being served by mail with pleadings and papers filed in this action. Plaintiff's Motion will be denied without prejudice. If Plaintiff has a specific need for a particular document, he may file a renewed motion for the documents. Any renewed motion should set forth the documents Plaintiffs needs and the reasons requires them. Plaintiff shall also file a copy of his six-month inmate balance sheet to demonstrate he cannot afford to pay for the copies.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Free Copies (Dkt. #49) is DENIED WITHOUT PREJUDICE.

Dated this 13th day of July, 2012.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

2